```
 1   David N. Chandler, Sr.  SBN 60780
     David N. Chandler, Jr.  SBN 235427
 2   DAVID N. CHANDLER, p.c.
     1747 Fourth Street
 3   Santa Rosa, CA  95404
     Telephone: (707) 528-4331
 4
     Attorneys for Debtor
 5

 6                  UNITED STATES BANKRUPTCY COURT

 7                  NORTHERN DISTRICT OF CALIFORNIA

 8
     IN RE:                        CASE NO. 09-13975
 9
     JOANN BECKMAN,                CHAPTER 7
10
          DEBTOR.         /       AMENDMENT TO SCHEDULE F
11
          Joann Beckman, Debtor herein, amends her Schedule F as
12
     follows:
13

14   Anne O'Brien                Cautionary Listing       $ -0-
     1335 Union Street #8        Business Obligation
15   San Francisco, CA 94109

16   Dave & Heidi Spargo         Cautionary Listing       $ -0-
     3001 Douglas Blvd. Suite 330  Business Obligation
17   Roseville, CA 95661

18   Irene L. Geist              Cautionary Listing       $ -0-
     P.O. Box 60934              Business Obligation
19   Sacramento, CA 95860

20   James & Naomi Burchill      Cautionary Listing       $ -0-
     1772 Picasso Ave., Suite C  Business Obligation
21   Davis, CA 95616

22   Jay & Kelly Resendez        Cautionary Listing       $ -0-
     6202 Calle Montalvo Circle  Business Obligation
23   Granite Bay, CA 95746-5856

24   Ken & Rachel Fujii          Cautionary Listing       $ -0-
     1671 Bloomfield Road        Business Obligation
25   Sebastopol, CA 95472

26   Susan Souza                 Cautionary Listing       $ -0-
     503 Caber Drive             Business Obligation
27   Santa Rosa, CA 95409

28   Marilyn & Michael Szulman   Cautionary Listing       $ -0-
     3258 Cambridge Rd.          Business Obligation
     Cameron Park, CA 95682
```

| # | Name & Address | Type | Amount |
|---|---|---|---|
| 1, 2 | Vicky & Ray Gregorich<br>6238 Pleasants Valley<br>Vacaville, CA 95688 | Cautionary Listing<br>Business Obligation | $ -0- |
| 3, 4 | Kevin & Sherri Temple<br>3539 Montblanc Court<br>Carson City, NV 89705 | Cautionary Listing<br>Business Obligation | $ -0- |
| 5, 6 | J. Levon Touryan<br>1677 Plateau Circle<br>South Lake Tahoe, CA 96150 | Cautionary Listing<br>Business Obligation | $ -0- |
| 7, 8 | Robert Verheecke<br>730 Southampton Dr.<br>Palo Alto, CA 94303 | Cautionary Listing<br>Business Obligation | $ -0- |
| 9, 10 | Marilyn Watson<br>2800 Hoffman Bluff Way<br>Carmicheal, CA 95608 | Cautionary Listing<br>Business Obligation | $ -0- |
| 11, 12 | John & Janet Hartwell<br>1017 Angela Street<br>Key West, FL 33040 | Cautionary Listing<br>Business Obligation | $ -0- |
| 13, 14 | Steve Maycock<br>1434 Oak Grove Drive<br>Roseville, CA 95747 | Cautionary Listing<br>Business Obligation | $ -0- |
| 15, 16 | Eugene Wong<br>97 Stonewall Rd<br>Berkeley, CA 94705 | Cautionary Listing<br>Business Obligation | $ -0- |
| 17, 18 | William and Mary Keenan<br>3755 Brighton Way<br>Reno, NV 89509 | Cautionary Listing<br>Business Obligation | $ -0- |
| 19, 20 | Karen & Ted Dooley<br>291 Oakwood Circle<br>Martinez, CA 94553 | Cautionary Listing<br>Business Obligation | $ -0- |
| 21, 22, 23 | McClintock Accountancy Corp.<br>Attn: Gail Griesmer<br>P.O. Box 2468<br>Truckee, CA 96160 | Cautionary Listing<br>Business Obligation | $ -0- |
| 24, 25 | Randy & Joyce Flugum<br>1697 Bay Flat Road<br>Bodega Bay, CA 94923 | Cautionary Listing<br>Business Obligation | $ -0- |
| 26, 27 | Stu & Linda Nichols<br>704 Vera Cruz Ave.<br>Los Altos, CA 94022 | Cautionary Listing<br>Business Obligation | $ -0- |
| 28 | Jennifer & Craig Breschi<br>4140 Secret Court<br>Rocklin, CA 95677 | Cautionary Listing<br>Business Obligation | $ -0- |

| | | |
|---|---|---|
| Dana Fabella<br>125 Woodsworth Lane<br>Pleasant Hill, CA 94523 | Cautionary Listing<br>Business Obligation | $ -0- |
| Linda Temple<br>Temple Family Bypass Trust<br>909 Slater St.<br>Santa Rosa, CA 95404 | Cautionary Listing<br>Business Obligation | $ -0- |
| Joseph & Linda Ghisletta III<br>P.O. Box 208<br>Napa, CA 94559 | Cautionary Listing<br>Business Obligation | $ -0- |
| David Cole & Janet Smith<br>1020 West Monterey Ave.<br>Stockton, CA 95204 | Cautionary Listing<br>Business Obligation | $ -0- |
| Thomas & Claudia Campanile<br>1516 8th Avenue West<br>Seattle, CA 98119 | Cautionary Listing<br>Business Obligation | $ -0- |
| Frances Riso<br>5421 Pinte Way<br>Antioch, CA 94509 | Cautionary Listing<br>Business Obligation | $ -0- |
| Lee Lambert<br>7039 Shirley Drive<br>Oakland, CA 94611 | Cautionary Listing<br>Business Obligation | $ -0- |
| Kerry & Maurice Weir<br>7750 East Wilderness Trail<br>Superstition Mountain<br>AZ, 85118 | Cautionary Listing<br>Business Obligation | $ -0- |
| Cliff & Suzanne Lewis<br>2378 Morely Way<br>Sacramento, CA 95864 | Cautionary Listing<br>Business Obligation | $ -0- |
| Doug & Marcia Weill<br>2023 Lambeth Way<br>Carmichael, CA 95608 | Cautionary Listing<br>Business Obligation | $ -0- |
| Buz & Lou Buzenis<br>964 Lucas Road<br>Lodi, CA 95242 | Cautionary Listing<br>Business Obligation | $ -0- |
| Marcia & Dan Conley<br>5101 Knollwood Court<br>Santa Rosa, CA 95403 | Cautionary Listing<br>Business Obligation | $ -0- |
| William Dolley<br>P.O. Box 1865<br>Oakland, CA 95361 | Cautionary Listing<br>Business Obligation | $ -0- |
| Ralph & Jackie Boccabella<br>425 Rowland Blvd.<br>Novato, CA 94947 | Cautionary Listing<br>Business Obligation | $ -0- |

| # | Name / Address | Type | Amount |
|---|---|---|---|
| 1 | Lilica Anderson<br>8321 Buckingham Drive<br>El Cerrito, CA 94530 | Cautionary Listing<br>Business Obligation | $ -0- |
| 2 | Roy & Becky Brophy<br>P.O. Box 10<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 3 | Gary Matsunaga & Linda Bagby<br>4040 San Antonio<br>Yorba Linda, CA 92886 | Cautionary Listing<br>Business Obligation | $ -0- |
| 4 | Robert Oliker<br>17 Keller Street<br>Petaluma, CA 94952 | Cautionary Listing<br>Business Obligation | $ -0- |
| 5 | Sheridon Stokes<br>2461 Santa Monica Blvd. #133<br>Santa Monica, CA 90404 | Cautionary Listing<br>Business Obligation | $ -0- |
| 6 | Ann Stokes<br>2461 Santa Monica Blvd. #133<br>Santa Monica, CA 90404 | Cautionary Listing<br>Business Obligation | $ -0- |
| 7 | Cathy & Michael Williams<br>4200 Hill Street<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 8 | Bruce & Mary Baker<br>3195 Kipling St.<br>Palo Alto, CA 94306-3009 | Cautionary Listing<br>Business Obligation | $ -0- |
| 9 | Kate & David Zocchetti<br>2230 Markham Way<br>Sacramento, CA 95818 | Cautionary Listing<br>Business Obligation | $ -0- |
| 10 | Jesse Rhodes<br>c/o PB Development<br>San Rafael, CA 94903 | Cautionary Listing<br>Business Obligation | $ -0- |
| 11 | Gail Morgan Lane<br>c/o St. Helena Real Estate<br>1346 Main St.<br>St. Helena, CA 94574 | Cautionary Listing<br>Business Obligation | $ -0- |
| 12 | Bassam Dahduli<br>5175 Ridgevine Way<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 13 | Karen & Jim Sowers<br>4144 East Acampo Road<br>Acampo, CA 95220 | Cautionary Listing<br>Business Obligation | $ -0- |
| 14 | Jim & Cindy Butcher<br>1358 47th Street<br>Sacramento, CA 95819 | Cautionary Listing<br>Business Obligation | $ -0- |

| | | |
|---|---|---|
| Twyla & Gary Stewart<br>1350 Regal Drive<br>Napa, CA 94558 | Cautionary Listing<br>Business Obligation | $ -0- |
| John Wright<br>10998 Peaks Pike Rd.<br>Sebastopol, CA 95472 | Cautionary Listing<br>Business Obligation | $ -0- |
| Karen Shapiro<br>2275 Jackson St. Apt. #3<br>San Francisco, CA 94115 | Cautionary Listing<br>Business Obligation | $ -0- |
| Jim & Nicki Scoggan<br>P.O. Box 1206<br>West Sacramento, CA 95691 | Cautionary Listing<br>Business Obligation | $ -0- |
| Khaled Tawansy<br>7447 N. Figero St.<br>Eagle Rock, CA 90041 | Cautionary Listing<br>Business Obligation | $ -0- |
| Gordon & Suzi Dupries<br>90 Terradillo Ave.<br>San Rafael, CA 94901 | Cautionary Listing<br>Business Obligation | $ -0- |
| Connie Gerlach<br>P.O. Box 3453<br>Los Altos, CA 94026 | Cautionary Listing<br>Business Obligation | $ -0- |
| Hank Marioni<br>18186 7th St. East<br>Sonoma, CA 95476 | Cautionary Listing<br>Business Obligation | $ -0- |
| Dave & Sue Chatfield<br>4301 NW 62nd Ave.<br>Coral Springs, FL 33067 | Cautionary Listing<br>Business Obligation | $ -0- |
| Jay & Myung Kim<br>P.O. Box 39<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| Don & Cindy Springer<br>279 Fauna Ave.<br>Rohnert Park, CA 94928 | Cautionary Listing<br>Business Obligation | $ -0- |
| Robert & Jocelyn Thompson<br>4050 Sonoma Mountain Rd.<br>Santa Rosa, CA 94923 | Cautionary Listing<br>Business Obligation | $ -0- |
| George F. & Alice Turner<br>9612 Palisan Place SW<br>Calgary, Alberta<br>Canada, T2V 3S9 | Cautionary Listing<br>Business Obligation | $ -0- |
| Peter Alexander<br>728 Forest Ave.<br>Palo Alto, CA 94301 | Cautionary Listing<br>Business Obligation | $ -0- |

| # | | | |
|---|---|---|---|
| 1 | Robert Bastoni<br>c/o Evans Lumber<br>6200 Channel Drive<br>Santa Rosa, CA 95409 | Cautionary Listing<br>Business Obligation | $ -0- |
| 2 | Ron & Nanci Webb<br>3672 Happy Valley Rd.<br>Lafayette, CA 94549 | Cautionary Listing<br>Business Obligation | $ -0- |
| 3 | Don & Cindy Springer<br>279 Fauna Ave.<br>Rohnert Park, CA 94928 | Cautionary Listing<br>Business Obligation | $ -0- |
| 4 | Elbert Franklin Living Trust<br>c/o Brenda Brown<br>2319 Harris Lane<br>Auburn, CA 95603 | Cautionary Listing<br>Business Obligation | $ -0- |
| 5 | Don & Cindy Springer<br>279 Fauna Ave.<br>Rohnert Park, CA 94928 | Cautionary Listing<br>Business Obligation | $ -0- |
| 6 | Fran & Dick Carlson<br>891 Shevlin Drive<br>El Cerrito, CA 94530 | Cautionary Listing<br>Business Obligation | $ -0- |
| 7 | Brad Buyse<br>Troy Stauss<br>4401 Shady Oak Way<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 8 | Don & Cindy Springer<br>279 Fauna Ave.<br>Rohnert Park, CA 94928<br>Acct. No.: xxxxxx0971 | Cautionary Listing<br>Business Obligation | $ -0- |
| 9 | Robert Ott Consulting<br>P.O. Box 901<br>Bodega Bay, CA 94923 | | $ 11,780.00 |
| 10 | Martha & Ian Griffths<br>East Bulkamore<br>Rattery<br>South Brent<br>Devon, TQ109 LQ<br>United Kingdom | | $ 1,626.00 |
| 11 | William Chamberline<br>1606 Edgewood Drive<br>Palo Alto, CA 94303 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 29,200.17 |

| | | |
|---|---|---|
| American Hotel Register Company<br>16458 Collections Drive<br>Chicago, IL 60693 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 1,257.05 |
| High Definition Designs<br>P.O. Box 6166<br>Santa Rosa, CA 95406-0166 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 90.00 |
| Better Business Bureau<br>1000 Broadway, Suite 625<br>Oakland, CA 94607-4042 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 410.00 |
| Key Equipment Finance<br>P.O. Box 74713<br>Cleveland, OH 44194-0796<br>Acct. No.: xxxxx0972 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 231.95 |
| Office Depot<br>P.O. Box 88040<br>Chicago, IL 60680-1040 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 164.02 |
| Premysis, Inc.<br>1650 S. Amphlett Blvd.<br>San Mateo, CA 94402-2515<br>Acct. No.: xxx0093 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 248.31 |
| Five Point Capital<br>10525 Vista Sorrento Pkwy<br>3rd Floor<br>Palo Alto, CA 94303<br>Acct. No.: xxx14 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 212.47 |
| Discovery Office Systems<br>Corporate Office<br>2250 Apollo Way #100<br>Santa Rosa, CA 95407<br>Acct. No.: xx9518 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 269.57 |
| Miksis Services, Inc.<br>P.O. Box 591-I<br>Healdsburg, CA 95448 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 421.00 |
| Key Equipment Finance<br>P.O. Box 74713<br>Cleveland, OH 44194-0796<br>Acct. No.: xxxxxx0971 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 31.61 |
| Clearly Coastal Spa Care<br>P.O. Box 102<br>Jenner, CA 95450 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 723.50 |

| | | |
|---|---|---|
| Bodega Bay Public Utility Dis.<br>P.O. Box 70<br>Bodega Bay, CA 94923 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 1,025.77 |
| Bay Area Spa Repair<br>925 Lakeville St.<br>Suite 151<br>Petaluma, CA 94952 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 160.00 |
| Lunt Heating & Air Condition<br>P.O. Box 6299<br>Santa Rosa, CA 95406 | Vacation Rentals USA<br>Business Debt<br>Personally Guaranteed | $ 170.00 |
| FERRELLGAS<br>P.O. Box 88086<br>Chicago, IL 60680-1086<br>Acct. No. Xxxx5321 | Vacation Rentals USA<br>Business Debt<br>Personally Guaranteed | $ 399.07 |
| River Plumbing<br>P.O. Box 795<br>Guerneville, CA 95446 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personally Guaranteed | $ 1,147.00 |
| First Alarm<br>1111 Estates Dr.<br>Aptos, CA 95003 | Vacation Rentals USA, Inc.<br>Business Debt<br>Personal Guaranteed | $ 198.00 |
| North Bay Water System<br>75 Executive Ave.<br>Suite 18<br>Rohnert Park, CA 94928 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 1,519.97 |
| Solomon's Water Trucks<br>2718 Hardies Lane<br>Santa Rosa, CA 95403 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 600.00 |
| Coastal Landscape<br>Noah Raggio/Nancy Raggio<br>11720 Sutton St.<br>Petaluma, CA 94952 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 590.00 |
| Bells Appliance, LLC<br>1561 Garfield Ct.<br>Rohnert Park, CA 94928 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 454.26 |
| Bodega Harbour<br>Homeowners Assoc.<br>P.O. Box 368<br>Bodega Bay, CA 94923 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 1,792.00 |
| Cazadero Firewood<br>William Lee Tourady<br>P.O. Box 322<br>19595 Kings Ridge<br>Cazadero, CA 95421 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 2,120.00 |

| | | |
|---|---|---|
| Terminex<br>915 Piner Rd. Suite E<br>Santa Rosa, CA 95403<br>Acct. No.: xxx3559<br>Acct. No.: xxx8221<br>Acct. No.: xxx6345<br>Acct. No.: xxx8221 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 165.00 |
| Terminex<br>P.O. Box 742592<br>Cincinnati, OH 45274-2592<br>Acct. No.: xx5335 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 110.00 |
| Carlo Mascolo Landscaping<br>P.O. Box 472<br>Bodega Bay, CA 94923 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 995.00 |
| Biehl & Biehl, Inc.<br>P.O. Box 87410<br>Carol Stream, IL 60188-7410<br>Acct. No.: xxx6867 | Vacation Rentals USA, Inc.<br>Business Obligation<br>Personally Guaranteed | $ 2,745.00 |

TOTAL SCHEDULE F: $ 313,064.56

I, Joann Beckman, Debtor herein, declare under penalty of perjury that the foregoing Amendment to Schedule F is true and correct and that this declaration is executed this 25th day of January, 2010, at Guerneville, California.

/s/ Joann Beckman
JOANN BECKMAN