```
 1  David N. Chandler, Sr.  SBN 60780
    David N. Chandler, Jr.  SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5

 6                  UNITED STATES BANKRUPTCY COURT

 7                  NORTHERN DISTRICT OF CALIFORNIA

 8
    IN RE:                          CASE NO. 09-13975
 9
    JOANN BECKMAN,                  CHAPTER 7
10
         DEBTOR.          /         SECOND AMENDMENT TO SCHEDULE F
11
         Joann Beckman, Debtor herein, amends her Schedule F as
12
    follows:
13

14  James Hunter                Cautionary Listing         $ -0-
    121 Temescal Circle         Business Obligation
15  Emeryville, CA 94608

16  Rich Owens                  Cautionary Listing         $ -0-
    610 Isla Place              Business Obligation
17  Davis, CA 95616

18  Jaunita & Jerry Lee         Cautionary Listing         $ -0-
    1004 Rotherham Drive        Business Obligation
19  Antioch, CA 94509

20  Marcia Faris                Cautionary Listing         $ -0-
    P.O. Box 146                Business Obligation
21  Zamora, CA 95698

22  Linda Herzog                Cautionary Listing         $ -0-
    5920 Petaluma Court         Business Obligation
23  Sacramento, CA 95841

24  Ruth Costa                  Cautionary Listing         $ -0-
    14505 Dry Creek Road        Business Obligation
25  Auburn, CA 95602

26  Amelia Craig                Cautionary Listing         $ -0-
    Attn: Myrtle Heery          Business Obligation
27  Petaluma, CA 94952

28  Jerry Stricklin             Cautionary Listing         $ -0-
    5721 Craig St.              Business Obligation
    Loomis, CA  95650
```

| | | | |
|---|---|---|---|
| 1 | John & Michelle Ensey<br>P.O. Box 403<br>Foresthill, CA 95630 | Cautionary Listing<br>Business Obligation | $ -0- |
| 2 | | | |
| 3 | Ernest & Jeanne Lageson<br>55 Arlington Court<br>Kensington, CA 94707 | Cautionary Listing<br>Business Obligation | $ -0- |
| 4 | | | |
| 5 | Anita Meza<br>7201 Chandler Drive<br>Sacramento, CA 95828 | Cautionary Listing<br>Business Obligation | $ -0- |
| 6 | | | |
| 7 | Robert Stacey<br>9059 Windsock Ave.<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 8 | | | |
| 9 | Sarah Okuno<br>14333 Saratoga Ave. #3<br>Saratoga, CA 95070 | Cautionary Listing<br>Business Obligation | $ -0- |
| 10 | | | |
| 11 | Scott Millard<br>6569 Wassuk Ridge Rd.<br>Reno, NV 89506 | Cautionary Listing<br>Business Obligation | $ -0- |
| 12 | | | |
| 13 | Nancy Dunk<br>2800 Park Avenue<br>Placerville, CA 95667 | Cautionary Listing<br>Business Obligation | $ -0- |
| 14 | | | |
| 15 | Mary Ellen Blohm<br>33000 Kirtland Way<br>Fort Bragg, CA 95437 | Cautionary Listing<br>Business Obligation | $ -0- |
| 16 | | | |
| 17 | Jill Rumsey<br>39623 Primrose Place<br>Davis, CA 95616 | Cautionary Listing<br>Business Obligation | $ -0- |
| 18 | | | |
| 19 | Darci Hartman<br>6517 Channning Drive<br>North Highlands, CA 95660 | Cautionary Listing<br>Business Obligation | $ -0- |
| 20 | | | |
| 21 | Linzey Benjamin<br>c/o Jane Hartwell<br>1017 Angela St.<br>Key West, FL 33040 | Cautionary Listing<br>Business Obligation | $ -0- |
| 22 | | | |
| 23 | | | |
| 24 | Anna Tarlenton<br>P.O. Box 22732<br>Sacramento, CA 95822 | Cautionary Listing<br>Business Obligation | $ -0- |
| 25 | | | |
| 26 | Susan & Marriane Manley<br>15342 Colfax Hwy.<br>Grass Valley, CA 95945 | Cautionary Listing<br>Business Obligation | $ -0- |
| 27 | | | |
| 28 | Mary Ann Kendall<br>803 Marylyn Circle<br>Petaluma, CA 94954 | Cautionary Listing<br>Business Obligation | $ -0- |

| | | | |
|---|---|---|---|
| Maria & Jeff Farrar<br>1320 Castec Drive<br>Sacramento, CA 95864 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Edward Castro<br>9768 Nature Trail Way<br>Elk Grove, CA 95757 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Jo McCormack<br>925 Pine Hill Road<br>Colfax, CA 95713 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Georgia Herrick<br>1581 East Napa Street<br>Sonoma, CA 95476 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Lynn Wood<br>3561 Castlebrook Road<br>Cameron Park, CA 95682 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Denise Depew<br>8800 Omar Court<br>Elk Grove, CA 95624 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Robert Harvey<br>6509 Shadow Hawk Drive<br>Citrus Heights, CA 95621 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Sandra Hewitt<br>2035 Laurel Street<br>Napa, CA 94559 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Crystal Williams<br>3957 Shadowhill Dr.<br>Santa Rosa, CA 95404 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Ken & Rose Miller<br>381 Rosestone Court<br>Roseville, CA 95747 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Linda Duckhorn<br>8090 Pillow Rd.<br>Sebastopol, CA 95472 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Keren Patterson<br>2392 Chad Court<br>Napa, CA 94558 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Dianne Rios<br>105 Paydirt Court<br>Folsom, CA 95630 | Cautionary Listing<br>Business Obligation | | $ -0- |
| Leslie Piels<br>604 Trussle Glen Road<br>Oakland, cA 94610 | Cautionary Listing<br>Business Obligation | | $ -0- |

| # | | | |
|---|---|---|---|
| 1 | Gary Henke<br>4437 Euclid Ave.<br>Sacramento, CA 9522 | Cautionary Listing<br>Business Obligation | $ -0- |
| 3 | Roy & Becky Brophy<br>P.O. Box 10<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 5 | Valorie Wood<br>4040 San Antonio<br>Fair Oaks, CA 95628 | Cautionary Listing<br>Business Obligation | $ -0- |
| 7 | Judy Larson<br>P.O. Box 1352<br>El Granada, CA 94018 | Cautionary Listing<br>Business Obligation | $ -0- |
| 9 | Bill & Patty Rossi<br>8101 Spangler Drive<br>Sacramento, CA 95828 | Cautionary Listing<br>Business Obligation | $ -0- |
| 11 | Pati Smith<br>22448 Tim Tam Court<br>Los Gatos, CA 95033 | Cautionary Listing<br>Business Obligation | $ -0- |
| 13 | Liz Cabral<br>5835 Chambertin Drive<br>San Jose, CA 95118 | Cautionary Listing<br>Business Obligation | $ -0- |
| 15 | Debbie Sutherland<br>6247 Carter Road<br>Mariposa, CA 95338 | Cautionary Listing<br>Business Obligation | $ -0- |
| 17 | Denise Depew<br>8800 Omar Court<br>Elk Grove, CA 95626 | Cautionary Listing<br>Business Obligation | $ -0- |
| 19 | Jim Cardoza<br>369 St. Michelle Court<br>Merced, CA 95348 | Cautionary Listing<br>Business Obligation | $ -0- |
| 21 | Cherie Sutherland<br>1206 Vintage Way<br>Auburn, CA 95603 | Cautionary Listing<br>Business Obligation | $ -0- |
| 23 | Vickie Stinnett<br>7402 Richland Way<br>Stockton, CA 95207 | Cautionary Listing<br>Business Obligation | $ -0- |
| 25 | Gayle Carpenter<br>186 Treeview Drive<br>Daly City, CA 94014 | Cautionary Listing<br>Business Obligation | $ -0- |
| 27 | Svetlana Glushku<br>2322 Carl Isle Court<br>El Dorado Hills, CA 95762 | Cautionary Listing<br>Business Obligation | $ -0- |

| | | |
|---|---|---|
| Matthew & Rozita Rhode<br>613 Wilford Circle<br>Cotati, CA 94931 | Cautionary Listing<br>Business Obligation | $ -0- |

                    TOTAL SCHEDULE F:    $ 313,064.56

    I, Joann Beckman, Debtor herein, declare under penalty of perjury that the foregoing Second Amendment to Schedule F is true and correct and that this declaration is executed this 22nd day of February, 2010, at Guerneville, California.

                                          /s/ Joann Beckman
                                          JOANN BECKMAN

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On February 22, 2010, I served a copy of the following documents: SECOND AMENDMENT TO SCHEDULE F and NOTICE OF CHAPTER 7 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(See Attached)

I, Emilia Carbajal, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2010, Santa Rosa, California.

                                                    */s/ Emilia Carbajal*
                                                    EMILIA CARBAJAL

| | | |
|---|---|---|
| James Hunter<br>121 Temescal Circle<br>Emeryville, CA 94608 | Rich Owens<br>610 Isla Place<br>Davis, CA 95616 | Jaunita & Jerry Lee<br>1004 Rotherham Drive<br>Antioch, CA 94509 |
| Marcia Faris<br>P.O. Box 146<br>Zamora, CA 95698 | Linda Herzog<br>5920 Petaluma Court<br>Sacramento, CA 95841 | Ruth Costa<br>14505 Dry Creek Road<br>Auburn, CA 95602 |
| Amelia Craig<br>Attn: Myrtle Heery<br>Petaluma, CA 94952 | Jerry Stricklin<br>5721 Craig St.<br>Loomis, CA 95650 | John & Michelle Ensey<br>P.O. Box 403<br>Foresthill, CA 95630 |
| Ernest & Jeanne Lageson<br>55 Arlington Court<br>Kensington, CA 94707 | Anita Meza<br>7201 Chandler Drive<br>Sacramento, CA 95828 | Robert Stacey<br>9059 Windsock Ave.<br>Fair Oaks, CA 95628 |
| Sarah Okuno<br>14333 Saratoga Ave. #3<br>Saratoga, CA 95070 | Scott Millard<br>6569 Wassuk Ridge Rd.<br>Reno, NV 89506 | Nancy Dunk<br>2800 Park Avenue<br>Placerville, CA 95667 |
| Mary Ellen Blohm<br>33000 Kirtland Way<br>Fort Bragg, CA 95437 | Jill Rumsey<br>39623 Primrose Place<br>Davis, CA 95616 | Darci Hartman<br>6517 Channning Drive<br>North Highlands, CA 95660 |
| Linzey Benjamin<br>c/o Jane Hartwell<br>1017 Angela St.<br>Key West, FL 33040 | Anna Tarlenton<br>P.O. Box 22732<br>Sacramento, CA 95822 | Susan & Marriane Manley<br>15342 Colfax Hwy.<br>Grass Valley, CA 95945 |
| Mary Ann Kendall<br>803 Marylyn Circle<br>Petaluma, CA 94954 | Maria & Jeff Farrar<br>1320 Castec Drive<br>Sacramento, CA 95864 | Edward Castro<br>9768 Nature Trail Way<br>Elk Grove, CA 95757 |
| Jo McCormack<br>925 Pine Hill Road<br>Colfax, CA 95713 | Georgia Herrick<br>1581 East Napa Street<br>Sonoma, CA 95476 | Lynn Wood<br>3561 Castlebrook Road<br>Cameron Park, CA 95682 |
| Denise Depew<br>8800 Omar Court<br>Elk Grove, CA 95624 | Robert Harvey<br>6509 Shadow Hawk Drive<br>Citrus Heights, CA 95621 | Sandra Hewitt<br>2035 Laurel Street<br>Napa, CA 94559 |

| | | |
|---|---|---|
| Crystal Williams<br>3957 Shadowhill Dr.<br>Santa Rosa, CA 95404 | Ken & Rose Miller<br>381 Rosestone Court<br>Roseville, CA 95747 | Linda Duckhorn<br>8090 Pillow Rd.<br>Sebastopol, CA 95472 |
| Keren Patterson<br>2392 Chad Court<br>Napa, CA 94558 | Dianne Rios<br>105 Paydirt Court<br>Folsom, CA 95630 | Leslie Piels<br>604 Trussle Glen Road<br>Oakland, CA 94610 |
| Gary Henke<br>4437 Euclid Ave.<br>Sacramento, CA 9522 | Roy & Becky Brophy<br>P.O. Box 10<br>Fair Oaks, CA 95628 | Valorie Wood<br>4040 San Antonio<br>Fair Oaks, CA 95628 |
| Judy Larson<br>P.O. Box 1352<br>El Granada, CA 94018 | Bill & Patty Rossi<br>8101 Spangler Drive<br>Sacramento, CA 95828 | Pati Smith<br>22448 Tim Tam Court<br>Los Gatos, CA 95033 |
| Liz Cabral<br>5835 Chambertin Drive<br>San Jose, CA 95118 | Debbie Sutherland<br>6247 Carter Road<br>Mariposa, CA 95338 | Denise Depew<br>8800 Omar Court<br>Elk Grove, CA 95626 |
| Jim Cardoza<br>369 St. Michelle Court<br>Merced, CA 95348 | Cherie Sutherland<br>1206 Vintage Way<br>Auburn, CA 95603 | Vickie Stinnett<br>7402 Richland Way<br>Stockton, CA 95207 |
| Gayle Carpenter<br>186 Treeview Drive<br>Daly City, CA 94014 | Svetlana Glushku<br>2322 Carl Isle Court<br>El Dorado Hills, CA 95762 | Matthew & Rozita Rhode<br>613 Wilford Circle<br>Cotati, CA 94931 |